UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| ROBERT PAUL SHARPE,<br>      Appellant,<br><br>vs.<br><br>DAVINCI AEROSPACE, LLC, THE<br>DAVINCI COMPANY, LLC AND<br>DANIEL M. SHOAF,<br><br>      Appellees. | **JUDGMENT**<br>**CASE NO. 7:24-CV-00847-M** |

**Decision by Court.**

**This action came before the Honorable Richard E. Myers II, Chief United States District Judge, for ruling as follows:**

**IT IS ORDERED, ADJUDGED, AND DECREED** that pursuant to the court's order entered on July 2, 2025, the Appellant's Notice of Appeal [DE 1] is DISMISSED AS MOOT.

This Judgment filed and entered on July 2, 2025, and copies to:
Counsel of record for the parties (via CM/ECF electronic notification)
Robert Paul Sharpe          (via CM/ECF electronic notification)

July 2, 2025

Peter A. Moore, Jr.
Clerk of Court

By: /s/ Tyjuana Griffin
Deputy Clerk